AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
**03/27/2019**
**Clerk, U.S. District Court**
**Western District of Texas**

**by: Y. Lujan**
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:19-M -00940(1) |
| | § | |
| (1) Martin Acevedo-Sanchez | § | |

### JUDGMENT IN A CRIMINAL CASE
**(For A Petty Offense)** - Short Form

The defendant, Martin Acevedo-Sanchez, was presented by counsel, Louis Wayne Correa.

The defendant pled guilty to the complaint on March 27, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | March 22, 2019 |

As pronounced on March 27, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **TIME SERVED.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 27th day of March, 2019**.**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:   PE:19-M -00940(1) |
| (1) Martin Acevedo-Sanchez | § | |
| *Defendant* | § | |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On March 27, 2019, the defendant appeared in Open Court before  U.S. Magistrate  Judge DAVID B. FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1)      The nature of the charge against him/her.
2)      The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3)      That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4)      The right to a preliminary examination if not indicted; and,
5)      The right to consideration of bail.

**Attorney**
**( X )   Correa, Louis Wayne   FPD**

**Bond**
(    )    No Bond Set.
**Next Hearing**
(    )        **n/a**

## SENTENCE IMPOSED BY THE COURT

**(    X   )**      WAIVED Initial Appearance-PROCEEDED directly to Arraignment/ Plea and Sentence.
            **SENTENCE:  TIME SERVED   FINE: NO         S/A:  REMITTED**

**(      )**      WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence.
            **SENTENCED to:    YEARS  PROBATION,  FINE: NO  S/A: REMITTED**

**(      )**      WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence
            **SENTENCED to:   120   DAYS,  FINE: NO      S/A  $10**

**(      )**      Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**              YES              Record FTR Gold -
**Language Barrier Disclosure:   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is :**
            10:10  - 10:27 a.m.          Arrested:        03/25/2019  in Culberson County
Time:          00  Minutes

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
**03/27/2019**
**Clerk, U.S. District Court**
**Western District of Texas**

**by: J. Hinojos**
**Deputy**

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:19-M -00940(1) - |
| | § |
| (1) Martin Acevedo-Sanchez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 25, 2019** in **Culberson** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title _____**8**_____ United States Code, Section(s) **1325(a)(1)**_____

I further state that I am a(n) **Border Patrol Prosecutions** and that this complaint is based on the following facts: *"ACEVEDO-SANCHEZ, MARTIN was arrested on March 25, 2019, in the Western District of Texas by Van Horn Border Patrol Agents. The Defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about March 22, 2019, in Culberson County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Salisbury, Jr. , Martin
Border Patrol Prosecutions

March 27, 2019
_____          at   Alpine, Texas
Date                                                                      _____
                                                                              City and State

DAVID B. FANNIN
_____          _____
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:19-M -00940(1)

WESTERN DISTRICT OF TEXAS

(1) Martin Acevedo-Sanchez

FACTS   (CONTINUED)

the Secretary of Homeland Security.   The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally.

ACEVEDO-SANCHEZ, MARTIN is a national and citizen of Mexico.


IMMIGRATION HISTORY:
ACEVEDO-SANCHEZ, MARTIN has been granted 1 voluntary departure(s), the last on April 14, 2005, through SAN LUIS, AZ

CRIMINAL HISTORY:
ACEVEDO-SANCHEZ, MARTIN has no known criminal history.